# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of December, two thousand twenty-four.

Present:
> Denny Chin,
> Steven J. Menashi,
> > *Circuit Judges*,
> Paul A. Engelmayer,
> > *District Judge*.*

| | |
|---|---|
| United States of America, | **ORDER** |
| *Appellee*, | |
| v. | Docket No. 22-1289 |
| Rickey Johnson, aka Sealed Defendant,* aka Neil Dawn Defarren, | |
| *Defendant-Appellant*. | |

Defendant-Appellant filed a petition for rehearing and rehearing *en banc* on October 17, 2024. It is hereby ORDERED that Appellee respond by February 10, 2025.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

---

* Judge Paul A. Engelmayer of the United States District Court for the Southern District of New York, sitting by designation.